**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED VAN LINES, INC., Sued as
United Van Lines, LLC,

Plaintiff,

v.

JUUT MIDWEST, INC.,
fka David Wagner Salons, Inc.,
dba Juut Salonspa,
THOMAS KUHN, and
MARY KUHN,

Defendants.

Civil No. 01-2156 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Gregory Broos, Esq., Brown & Carlson, 8085 Wayzata Boulevard, Suite 200, Minneapolis, MN 55426, counsel for Plaintiff.

No counsel for Defendants.

---

This case was filed on November 28, 2001. Since then there has been no record of service upon the Defendants or request for extension of time. Therefore,

**IT IS ORDERED** that this action is dismissed for failure to prosecute.

Dated: April 29, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 29 2002
Richard D. Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials